UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60875-Civ-COOKE/HUNT

MELISSA JOHNSON,
on behalf of herself and on behalf of all
other similarly situated persons,

    Plaintiff,

vs.

CENTERFIELD MEDIA HOLDING COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs. *See* Joint Stipulation for Dismissal with Prejudice, ECF No. 21. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 26th day of November 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*